UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

## Petition and Order for Action on Conditions of Pretrial Release

Name of Defendant: Scott Dale Gordon         Docket Number: 2:18CR00099-003

Name of Judicial Officer:   Honorable Evelyn J. Furse
                            U.S. Magistrate Judge

Date of Release:   April 2, 2018

## PETITIONING THE COURT

To issue a Summons

## CAUSE

The pretrial officer believes the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about May 12, 2019, the defendant traveled outside the United States without prior permission from the Court.

**Allegation No. 2:** On or about September 4, 2019, the defendant traveled outside the United States without prior permission from the Court.

Evidence in support of the above allegations consist of records from Pretrial Services.

I declare under penalty of perjury that the foregoing is true and correct.

By   Jacob D. King
     U.S. Pretrial Services Officer
     Date:  September 23, 2019

**THE COURT ORDERS:**

☒ The issuance of a Summons
☐ The issuance of a Warrant
☐ No action
☐ Other: _____
☐ That the conditions or pretrial release be amended as outlined above
☐ That the Warrant issued on the above date be withdrawn
☐ Previous Petition to be amended and the issuance of a Warrant

Scott Dale Gordon
2:18CR00099-003

_____
Honorable Evelyn J. Furse
U.S. Magistrate Judge

Date: 9/23/2019